PER CURIAM.
Affirmed. See Nichols v. Nichols, 519 So.2d 620 (Fla.1988); Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979); Meloan v. Coverdale, 525 So.2d 935 (Fla. 3d DCA 1988), review denied, 536 So.2d 243 (Fla.1988); Keister v. Keister, 458 So.2d 32 (Fla. 4th DCA 1984), pet. for review denied, 466 So.2d 217 (Fla.1985); Irwin v. Marco, 408 So.2d 677 (Fla. 4th DCA 1981), review denied, 419 So.2d 1198 (Fla.1982); Wilkerson v. Olcott, 212 So.2d 119 (Fla. 4th DCA 1968).